IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO RAUL CONTRERAS,<br><br>　　　　　　Defendants. | CASE NO.  5:25-MJ-00009-CDB<br><br>**ORDER UNSEALING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AS TO DEFENDANT MARIO RAUL CONTRERAS** |

　　　The United States, having arrested the defendant, MARIO RAUL CONTRERAS, on an arrest warrant and the need for unsealing the Petition for Warrant or Summons For Offender Under Supervision as to defendant Contreras has ceased;

　　　IT IS ORDERED that the Petition for Warrant or Summons For Offender Under Supervision shall be unsealed as to defendant.

Dated:　February 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. CHRISTOPHER D. BAKER
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

UNSEALING ORDER                                               1